IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:23-CR-458-N |
|---|---|
| v. | |
| WILLIAM R. MCKELVY | |

## GOVERNMENT'S WITNESS LIST

The government submits the following witness list for trial:

| | NAME AND ADDRESS[1] | SUMMARY OF TESTIMONY/ WITNESS TYPE |
|---|---|---|
| 1. | **B.D.** Wylie, TX | **Probable fact witness** Will testify about the defendant's abusive sexual contact onboard Southwest Airlines flight 2927 on April 25, 2023, and the events leading up to and after it. |
| 2. | **T.D.** Wylie, TX | **Probable fact witness** Will testify about the events that happened onboard Southwest Airlines flight 2927 on April 25, 2023, and the events leading up to the flight. |
| 3. | **K.D.** Plano, TX | **Probable fact witness** Will testify about the events that happened onboard Southwest Airlines flight 2927 on April 25, 2023, and the events leading up to the flight. |

---

[1] The government has provided the full names and home addresses for all civilian witnesses to the defendant and can provided them to the Court under seal upon request.

**Government's Witness List—Page 1**

|   | **NAME AND ADDRESS**[1] | **SUMMARY OF TESTIMONY/ WITNESS TYPE** |
|---|---|---|
| 4. | **Sergeant Sim Woodham**<br>Dallas Police Department<br>Love Field Unit<br>Love Field Airport<br>8008 Herb Kelleher Way<br>Dallas, TX 75235 | **Probable fact witness**<br>Will testify about his participation in the defendant's April 25, 2023, arrest at Love Field Airport and statements made by the defendant. |
| 5. | **Sergeant Adolfo Perez**<br>Dallas Police Department<br>Love Field Unit<br>Love Field Airport<br>8008 Herb Kelleher Way<br>Dallas, TX 75235 | **Possible fact witness**<br>Will testify about his participation in the defendant's April 25, 2023, arrest at Love Field Airport and statements made by the defendant. |
| 6. | **Officer Maurice Bullocks**<br>Dallas Police Department,<br>Love Field Unit<br>Love Field Airport<br>8008 Herb Kelleher Way<br>Dallas, TX 75235 | **Possible fact witness**<br>Will testify about his interview of Beth Delnevo on April 25, 2023, at Love Field Airport, his participation in the defendant's arrest, and statements made by the defendant. |
| 7. | **Amy Jennings**<br>Aurora, CO | **Probable fact witness**<br>Will testify about her responsibilities as a Southwest Airlines flight attendant, the defendant's conduct on board Southwest Airlines flight 2927 on April 25, 2023, and her response to the disturbance the defendant caused. |
| 8. | **Kevin Steele**<br>Eufaula, OK | **Probable fact witness**<br>Will testify about the events that happened on Southwest Airlines flight 2927 on April 25, 2023. |
| 9. | **Vicky Steele**<br>Eufaula, OK | **Possible fact witness**<br>Will testify about the events that happened on Southwest Airlines flight 2927 on April 25, 2023. |

|    | NAME AND ADDRESS[1] | SUMMARY OF TESTIMONY/ WITNESS TYPE |
|----|---------------------|-------------------------------------|
| 10. | **Custodian of Records for Southwest Airlines** 2702 Love Field Dr. Dallas, TX 75235 | **Possible fact and records custodian witness** Will authenticate and explain Southwest Airlines business records. |
| 11. | **Special Agent Marcus Watson** Federal Bureau of Investigation One Justice Way Dallas, TX 75220 | **Possible fact and summary witness** Will testify about jurisdiction and venue. |

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY


*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Suite 300
Dallas, Texas   75242-1699
Telephone:  (214) 659-8604
Facsimile:   (214) 659-8802
Douglas.Brasher@usdoj.gov


*/s/ Madeleine S. Case*
MADELEINE S. CASE
Assistant United States Attorney
Texas State Bar No. 24125166
1100 Commerce Street, Suite 300
Dallas, Texas   75242-1699
Telephone:  (214) 659-8600
Facsimile:   (214) 659-8805
Madeleine.Case@usdoj.gov