ORIGINAL

FILED-USDC-NDTX-DA
'25 MAY 28 PM 4:17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:23-CR-458-N |
| v. | Supersedes indictment returned November 14, 2023 |
| WILLIAM R. MCKELVY | |

### SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
### Abusive Sexual Contact
### [Violation of 18 U.S.C. § 2244(a)(2) and 49 U.S.C § 46506)]

On or about April 25, 2023, while aboard Southwest Airlines flight number 2927, an aircraft in flight in the special aircraft jurisdiction of the United States, during a nonstop flight from Tulsa International Airport, Tulsa, Oklahoma, to Dallas Love Field, Dallas, Texas, which is located in the Northern District of Texas, Dallas Division, the defendant, **William R. McKelvy**, did knowingly engage in sexual contact with Victim 1 without Victim 1's consent, that is, the defendant intentionally touched, through the clothing, Victim 1's groin, breast, and inner thigh, with an intent to abuse, humiliate, harass, and degrade Victim 1, and arouse and gratify the sexual desire of Victim 1 and the defendant, in violation of 18 U.S.C. § 2244(a)(2) and 49 U.S.C. § 46506(1).

A TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_Madeleine Case, for_
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: (214) 659-8604
Facsimile:  (214) 659-8802
Douglas.Brasher@usdoj.gov

_Madeleine Case_
MADELEINE S. CASE
Assistant United States Attorney
Texas State Bar No. 24125166
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: (214) 659-8600
Facsimile:  (214) 659-8805
Madeleine.Case@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

WILLIAM R. MCKELVY

SUPERSEDING INDICTMENT

18 U.S.C. § 2244(a)(2) and 49 U.S.C § 46506
Abusive Sexual Contact
(Count 1)

1 Count

A true bill rendered

_____     _____
DALLAS                                                                                      FOREPERSON

Filed in open court this 28 day of May, 2025.

-------------------------------------------------------------------------------

**No Warrant Needed**

-------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:23-CR-458-N